**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BLANCA ORELLANA,<br><br>    Plaintiff,<br><br>    v.<br><br>FCA US, LLC; and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No. 2:22-cv-08449-SPG-PD<br><br>**ORDER GRANTING JOINT STIPULATION REGARDING PLAINTIFF'S FEES, COSTS, AND EXPENSES AND REQUEST FOR ENTRY OF ORDER**<br>**[ECF NO. 31]** |

The Court has considered the parties' Joint Stipulation Regarding Plaintiff's Fees, Costs, and Expenses and Request for Entry of Order (ECF No. 31) ("Stipulation"). Plaintiff Blanca Orellana ("Plaintiff") and Defendant FCA US, LLC ("Defendant") have agreed that Defendant will pay $12,000.00 to resolve Plaintiff's attorneys' fees, costs, and expenses. Accordingly, the Court, finding good cause, hereby GRANTS the Stipulation and ORDERS for Defendant to pay Plaintiff $12,000.00 to resolve attorneys' fees, costs, and expenses. Payment is to be made to counsel for Plaintiff by June 20, 2025.

//

//

After satisfaction of payment, Plaintiff shall dismiss this case with prejudice within ten (10) business days against all parties.

     **IT IS SO ORDERED.**

DATED: June 3, 2025

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE