UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | 2:22-cv-08449-SPG-PD | JS-6 | Date | November 3, 2025 |
|---|---|---|---|---|
| Title | Blanca Orellana v. FCA US LLC et al | | | |

| Present: The Honorable | SHERILYN PEACE GARNETT<br>UNITED STATES DISTRICT JUDGE |
|---|---|

| Patricia Gomez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceeding:** **(IN CHAMBERS) ORDER DISMISSING ACTION FOR LACK OF PROSECUTION**

The docket reflects that Plaintiff Blanca Orellana ("Plaintiff") is not actively pursuing this matter. On March 26, 2025, Plaintiff filed a notice of settlement. *See* (ECF No. 29). The Court then issued an Order to Show Cause as to Dismissal, set for May 28, 2025. *See* (ECF No. 30). To date, the parties have not filed a stipulation of dismissal or an explanation as to why the Court should not dismiss the case. Therefore, the Court, on its own motion, dismisses the case without prejudice. *See Link v. Wabash R. Co.*, 370 U.S. 626, 630 (1962) (courts have inherent power to dismiss a case *sua sponte* for lack of prosecution).

**IT IS SO ORDERED**.

00 : 00

Initials of Preparer   pg

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | | |
|---|---|---|---|---|
| Case No. | 2:22-cv-08449-SPG-PD | JS-6 | Date | November 3, 2025 |
| Title | Blanca Orellana v. FCA US LLC et al | | | |